**Order entered June 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01299-CV

## IN THE INTEREST OF J.C., ET AL

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

Because appellant's brief does not meet the general requirements of Texas Rules of Appellate Procedure 9 and 38, we **STRIKE** the brief filed June 2, 2015. We **ORDER** appellant to file, **no later than July 9, 2015**, a brief that conforms with rules 9 and 38 including the requirement that it not exceed 15,000 words if computer-generated and 50 pages if not and the requirements that it contain (1) a table of contents indicating the subject matter of each issue or point, or group of issues or points; (2) an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited; (3) a concise statement of the case, the course of proceedings, the trial court's disposition of the case, and the facts supported by record references; (4) appropriate citations to authorities and the record in the argument portion; and, (5) a certificate of compliance regarding word count if computer-generated. *See* TEX. R. APP. P. 9.4(i)(2)(B),(3); 38.1. Additionally, any documents which contain sensitive data such as a child's name and which are included in the appendix must be redacted by using the

letter "X" in place of each omitted item or by removing the sensitive data in a manner indicating the data has been redacted. *See id.* 9.9(a),(c).

We caution appellant that failure to comply with this order may result in dismissal of this appeal without further notice.

/s/ CRAIG STODDART
   JUSTICE